149 A.3d 294

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER,
v. F.W., DEFENDANT-RESPONDENT.

FILED August 05, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-001635-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied; and it is further

ORDERED that the notice of appeal is dismissed.